1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  TRACIE L. BROWN (CSBN 184339)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102
        Telephone: (415) 436-6917
7       Facsimile:  (415) 436-7234

8  Attorneys for Plaintiff

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                       SAN FRANCISCO DIVISION
12
   UNITED STATES OF AMERICA,        )   No. 3-05-70303 EDL
13                                  )
           Plaintiff,                )
14                                  )
       v.                           )
15                                  )   NOTICE OF DISMISSAL
   MIGUEL CEJA,                     )
16                                  )
           Defendant.                )
17                                  )
                                    )   (San Francisco Venue)
18  _____)

19      With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the

20  United States Attorney for the Northern District of California dismisses the above complaint

21  without prejudice and moves that the Court quash the arrest warrant issued in connection with

22

23  ///

24  ///

25  ///

26  ///

27

28
    NOTICE OF DISMISSAL
    3-05-70303 EDL

the complaint in this case.

DATED: July 5, 2005

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

W. DOUGLAS SPRAGUE
Deputy Chief, Major Crimes Section

NOTICE OF DISMISSAL
3-05-70303 EDL                                2

1  Leave is granted to the government to dismiss the complaint. It is further ordered that the
2  arrest warrant issued in connection with the complaint is quashed.

Date: 7/11/05

_____
The Hon. Edward M. Chen
United States Magistrate Judge

NOTICE OF DISMISSAL
3-05-70303 EDL                                          3

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of the **NOTICE OF DISMISSAL AND ORDER,** in No.3-05-70303 EDL to be served this date upon the person(s) below at the place and address(es) which is the last known address:

VIA U. S. MAIL

Miguel Ceja
737 Hill Avenue
S. San Francisco, CA 94080

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 11, 2005, at San Francisco, California.

Nancy L. Dick
Legal Assistant

NOTICE OF DISMISSAL and ORDER
NO. 3-05-70303 EDL